# COMPLAINT FORM
(for filers who are prisoners without lawyers)
(revised 4/19/2022)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

(Full name of plaintiff(s))

Marvin Hill Jr.

**FILED**

03/06/2023

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

vs

(Full name of defendant(s))

Dennis Reagle

Case Number:

1:23-cv-00411-JMS-MG

(To be supplied by clerk of court)

A. PARTIES:

1. Plaintiff is a citizen of __Indiana__, and is located at
   (State)
   __4490 West Reformatory Road, Pendleton IN 46064__
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper).

2. Defendant _____
                                                        (Name)

is (if a person or private corporation) a citizen of **Indiana**
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)
worked for **Pendleton Correctional Facility**
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On or about November 15th 2021 an old led pipe burst at Pendleton Correctional Facility. Due to this incident the Water System was contaminated with a deadly bacteria called, Legionares Disease. The bacteria is spread through water droplets, or mist that is inhaled. Since this incident has occured several inmate's has gotten sick, or "died" and several Inmate's has been hospitalized. Plaintiff submitted a grievance, to Mrs. Coners the grievance specialist. Defendant Replied to grievance by Saying Plaintiff has exhausted all remidies, and completed the grievance process.

Plaintiff started experiencing continued pain, cough, headaches, abdomen pain, muscle pain aches, shortness of breath, nausea, cold chills, fever, diarrhea, stool complications, cardiovascular problems, and possible kidney problems which im still experiencing. Plaintiff submitted a medical health slip and was turned away due to them saying I was dehydrated. Shortly after plaintiff continues to experience all of the same symtons for many weeks after. Plaintiff has been injured by consuming and bathing from contaminated water that has harmful bacteria in it. The water from the defendants total disregard to fix the old lead piping at the Pendleton Correctional Facility, Defendants failed to provide plaintiff with clean water to drink. The defendants policies, practices, and customs had caused the Plaintiff to "SUFFER" from those injuries and the Defendants had cared less to an adequate number of prison officials to care for the plaintiff when he was in emergency being harmed with environmental hazards while being incarcerated and also being denied medical care continually by the defendants, and treated the plaintiff as a nuisance because he was seeking medical care from the defendants because the defendants are his custodians.

C. JURISDICTION

[✓] I am suing for a violation of federal law under 28 U.S.C. § 1331.
OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

Wherefore, Plaintiff respectfully Prays that this court; declare that the acts and omissions described herein violated Plaintiff's right under the Constitution and laws of the United States, Order defendants Denis Reggle, Employee's to fix the water System so its safe to drink and shower. Enter Judgement in favor of plaintiffs for Compensatory and punitive damages as allowed by law, against each defendants jointly and Severally, Order Such additional relief as this court may deem just and proper.

E. JURY DEMAND

☑ Jury Demand – I want a jury to hear my case
OR

☐ Court Trial – I want a judge to hear my case

Dated this 27 day of February 20 23.

Respectfully Submitted,

_____
Signature of Plaintiff

250603
Plaintiff's Prisoner ID Number

4490 West Reformatory BD Pendleton, IN 46064
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F. **OPTIONAL CERTIFICATION**
Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_____ Signature of Plaintiff

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.